UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORY COMPTON, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES INC.,<br><br>    Defendant. | 2:11-CV-00815-PMP-CWH<br><br>ORDER |

**IT IS ORDERED** that the Parties to this action shall, not later than **January 10, 2012**, file a joint status report advising the Court of the status of these proceedings which appear to have become dormant over the past three months.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge