UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| CORY COMPTON, *et al.,* | ) | 2:11-CV-00815-PMP-CWH |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| NEVADA ASSOCIATION SERVICES INC., | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the Parties to this action shall, not later than **January 10, 2012**, file a joint status report advising the Court of the status of these proceedings which appear to have become dormant over the past three months.

DATED: December 22, 2011.

PHILIP M. PRO
United States District Judge