DAVID R. FORD, ESQ.
330 E. Warm Springs Road
Las Vegas, Nevada 89119
Telephone (702) 314-2074
E-Mail: drfordesq@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORY COMPTON and TAMMY COMPTON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES INC., a domestic corporation,<br><br>　　　　Defendant. | Case No.: 2:11-CV-00815-PMP-CWH |

VOLUNTARY DISMISSAL OF ACTION

Pursuant to FRCP 41(a), no service by the adverse party of an answer or a motion for summary judgment having been made, Plaintiff hereby dismisses the above entitled action.

Dated this 1st day of August, 2012.

DAVID R. FORD, ESQ.

/s/ David Ford

330 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 314-2074
Attorney for Plaintiffs

IT IS SO ORDERED.

Philip M. Pro
_____
PHILIP M. PRO
U.S. DISTRICT JUDGE
Dated: August 1, 2012.