DAVID R. FORD, ESQ.
330 E. Warm Springs Road
Las Vegas, Nevada 89119
Telephone (702) 314-2074
E-Mail: drfordesq@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CORY COMPTON and
TAMMY COMPTON,

          Plaintiffs,

    vs.

NEVADA ASSOCIATION
SERVICES INC., a domestic
corporation,

          Defendant.

Case No.: 2:11-CV-00815-PMP-CWH

AMENDED NOTICE OF VOLUNTARY DISMISSAL

     Pursuant to FRCP 41(a), no service by the adverse party of an answer or a motion for summary judgment having been made, Plaintiff hereby dismisses the above entitled action WITH PREJUDICE.

     Dated this 2nd day of August, 2012.     IT IS SO ORDERED.

     DAVID R. FORD, ESQ.

_____
   330 E. Warm Springs Road
   Las Vegas, Nevada 89119
   (702) 314-2074
   Attorney for Plaintiffs

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  August 2, 2012.